IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION



| | |
|---|---|
| ALAN WAYNE WILLIAMS,<br><br>　　　　　　　　　Petitioner,<br><br>vs.<br><br>MIKE MAHONEY; GREAT FALLS TRANSITION CENTER; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>　　　　　　　　　Respondents. | No. CV-10-48-GF-SEH<br><br>**ORDER** |

United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] on July 16, 2010. Petitioner filed Objections[2] on July 21, 2010. The Court reviews *de novo* findings and recommendation to which objections are made. 28 U.S.C. § 636(b)(1).

---

[1] Document No. 4.

[2] Document No. 5.

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Petition[3] is DENIED on the merits.

2. A certificate of appealability is DENIED.

3. The Clerk of Court is directed to close this matter and enter judgment in favor of Respondents and against Petitioner.

DATED this 2nd day of August, 2010.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Document No. 1.